USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/1/2024

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
_____ x
YELITZA PICON,

                Plaintiff,

       -against-

PAUL LABRECQUE SALON, INC.,

               Defendant.
_____ x

Civil Action No.

1:24-cv-6701

**JOINT STIPULATION OF**
**DISMISSAL WITH PREJUDICE**

Plaintiff, Yelitza Picon, and Defendant, Paul Labrecque Salon, Inc.. by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice and, each party shall bear its respective fees and costs.

Dated: October 30, 2024

By: _/s/ Gabriel Levy_____

Gabriel A. Levy, Esq.
   *Attorney for Plaintiff*
Gabriel A. Levy, P.C.
1129 Northern Blvd, Ste 404
Manhasset, NY 11030
T: 347-941-4715
Glevy@glpcfirm.com

By: _/s/ David Stein_____

David Stein, Esq.
   *Attorneys for Defendant*
Stein & Nieporent LLP
1441 Broadway
Suite 6090
New York, NY 10018
T: (212) 308-3444
Dstein@steinllp.com

SO ORDERED. The Clerk of Court is respectfully directed to amend the caption as styled above.

Dated: November 1, 2024
      New York, New York

_____
**ANALISA TORRES**
United States District Judge